UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. _____ |
| v. | In Violation of 18 U.S.C. §§ 922(g)(1), 924(e), 924(d), and 28 U.S.C. § 2461(c); 8 U.S.C. §§ 1326(a) and (b)(2) |
| MARLON A. STRAW, | |
| Defendant. | |

CR15   40 M

INDICTMENT

The Grand Jury charges that:

## COUNT I

On or about March 31, 2015, in the District of Rhode Island, Defendant MARLON A. STRAW, who was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess, in and affecting interstate commerce, a firearm, that is, a Taurus, model PT-145 Millenium, .45 caliber semi-automatic pistol, serial number NVH45248, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT II

On or about March 31, 2015, Defendant MARLON A. STRAW, an alien who had previously been deported from the United States, knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States, in violation of 8 U.S.C. §§ 1326(a) and (b)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in this Indictment, Defendant MARLON A. STRAW, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and

28 U.S.C. § 2461(c), the firearm identified in Count I of the Indictment.

A TRUE BILL:

# REDACTED

PETER F. NERONHA
UNITED STATES ATTORNEY

_____
LY T. CHIN
Assistant U.S. Attorney

_____
ADI GOLDSTEIN
Criminal Chief
Assistant U.S. Attorney

DATE:_____