PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION  ☒ INDICTMENT  ☐ COMPLAINT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
    ☐ Indictment  ☐ Charges/Counts Added
    ☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND    RHODE ISLAND
    Divisional Office

Name and Office of Person
Furnishing Information on
THIS FORM    PETER F. NERONHA
    ☒ U.S. Atty  ☐ Other U.S. Agency
    Phone No. (401) 709-5050

Name of Asst.
U.S. Attorney    LY T. CHIN
(if assigned)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
U.S. Marshal's Office

☐ person is awaiting trial in another Federal or State Court
(give name of court)

☐ this person/proceeding transferred from another district
per (circle one) FRCrP  20, 21  or 40. Show District

☐ this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant. (Notice of Related
Case must still be filed with the
Clerk.)
☒ prior proceedings or appearance(s)
before U.S. Magistrate Judge
regarding this defendant were
recorded under

SHOW
DOCKET NO.

MAG. JUDGE
CASE NO.
1:15-MJ-125 PAS

Place of offense  RHODE ISLAND    County

CASE NO.

USA vs.

Defendant:  MARLON A. STRAW

Addr

REDACTED

☐

Birt
Dat                                    le)

Soc

Issue:  ☐ Warrant    ☐ Summons

Location Status:
Arrest Date 3/31/2015    or Date Transferred to Federal Custody
☒ Currently in Federal Custody
☐ Currently in State Custody
    ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any):
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☒ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | SEE ATTACHMENT. | | ☒ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | Estimated Trial Days: 5 | ☐ Felony ☐ Misdemeanor |

Attachment to
Defendant Information Relative to a Criminal Action – In U.S. District Court


Defendant:  MARLON A. STRAW

Count I:  Knowingly and intentionally possess, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 942(e).

Max Penalties:  18 U.S.C. §§ 922(g)(1) and 942(e) – Life imprisonment with a mandatory minimum of 15 years; $250,000 fine; 5 years supervised release; $100 mandatory special assessment.


Count II:  Knowingly entered and was found in the District of Rhode Island without having obtained the express consent of the Attorney General of the United States to reapply for admission into the United States, in violation of 18 U.S.C. §§ 1326(a) and (b)(2).

Max Penalties: – 18 U.S.C. §§ 1326(a) and (b)(2) – 20 years imprisonment; $250,000 fine; 3 years supervised release; $100 mandatory special assessment.


Forfeiture Allegation:  Upon conviction of the offense alleged in this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm identified in Count 1 of the Indictment.