UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARLON A. STRAW,<br>Defendant. | Criminal Case No. 1:15CR40-M-PAS<br><br>In Violation of 18 U.S.C. §§ 922(g)(1), 924(e), 924(d), and 28 U.S.C. § 2461(c); 8 U.S.C. §§ 1326(a) and (b)(2) |

## Notice of Armed Career Criminal Convictions

The United States provides Defendant MARLON A. STRAW, who was charged by the United States Grand Jury with possession of a firearm after being convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1), notice of the following Armed Career Criminal Act convictions pursuant to 18 U.S.C. § 924(e), which are convictions for one violent felony and two serious drug offenses committed on occasions different from one another, as described below and in the attachments to Exhibit A:

1.      On or about November 16, 2004, Defendant MARLON A. STRAW, was convicted in case number SUCR2002-10668-001, of Assault to Rob, Armed, a violent felony, in the Superior Court, Boston, Massachusetts, and was sentenced to a maximum of ten years and minimum of 8 years imprisonment, in satisfaction of 18 U.S.C. § 924(e)(2)(B). See Ex. 1.

2.      On or about February 10, 2006, Defendant, MARLON A. STRAW, was convicted in case number SUCR04-10476/001, of Trafficking in Marijuana, a serious drug offense, in the Superior Court, Boston, Massachusetts, and was sentenced to not more than three years and one day and not less than three years, in satisfaction of 18

U.S.C. § 924(e)(2)(A).  See Ex. 2.

3.      On or about February 17, 1993, Defendant MARLON A. STRAW, was convicted in case number 075899, of Trafficking in Cocaine, a serious drug offense, in the Superior Court, Boston, Massachusetts, and was sentenced to not more than fifteen years one day and not less than fifteen years imprisonment, in satisfaction of 18 U.S.C. § 924(e)(2)(A).  See Ex. 3.

WHEREFORE, The United States hereby gives notice pursuant to 18 U.S.C. § 924(e)(1), that Defendant MARLON A. STRAW, has one prior conviction for a violent felony and two prior convictions for serious drug offenses and is therefore subject to the following penalties for Count I of the Indictment:  a term of imprisonment of not less than fifteen (15) years to life and such sentence shall not be suspended, a fine of not more than two hundred fifty thousand dollars ($250,000.00), and no more than 5 years supervised release.

Respectfully submitted,

PETER F. NERONHA
United States Attorney

/s/ Ly T. Chin
LY T. CHIN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 (office)
401-709-5001 (facsimile)
ly.chin@usdoj.gov

2

## CERTIFICATION OF SERVICE

On this 1st day of May, 2015, I caused the within Notice of Armed Career Convictions to be filed electronically and it is available for viewing and downloading from the ECF system.

Olin Thompson, Esq.
Assistant Federal Defender
Federal Defender Office
10 Weybosset Street, 3rd Floor
Providence, RI 02903

/s/ Ly T. Chin
LY T. CHIN
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 (office)
401-709-5001 (facsimile)
ly.chin@usdoj.gov

3