# EXHIBIT A



**Charles D. Baker**
*Governor*

**Karyn Polito**
*Lieutenant Governor*

**Daniel Bennett**
*Secretary*

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety and Security*
*Department of Correction*

***Central Records***
***c/o MCI-Concord***
***P.O. Box 9106***
***Concord, MA 01742-9106***
*Telephone: (978) 405-6131, Fax: (978) 405-6133*



**Carol Higgins O'Brien**
*Commissioner*

**Katherine A. Chmiel**
**Thomas E. Dickhaut**
**Paul L. DiPaolo**
*Deputy Commissioners*

**Carol A. Mici**
*Assistant Deputy Commissioner*

## AFFIDAVIT OF THE KEEPER OF THE RECORDS
## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION

I, Jamie M. Lewis, Central Records Manager, do under oath state that the following is true to the best of my knowledge.

1.      I am employed by the Commonwealth of Massachusetts as the Keeper of Record for the Commonwealth's Department of Correction, Central Records Unit. My business address is MCI-Concord, 965 Elm Street, B Building, P.O. Box 9106, West Concord, MA 01742.

2.      Attached to this affidavit are true copies of documents contained in the record of inmate Marlon   Straw DOB ███/1971 under W84512 and W54016.

The aforementioned records consisting of documents of which are attached copies were made in good faith in the usual and ordinary course of business at or near the time the event occurred.

Signed under penalty of perjury on this 8th day of  April 2015.

Jamie M. Lewis
Central Records Manager

JML/mg

Enclosure