# EXHIBIT 3

W54016

## COMMONWEALTH OF MASSACHUSETTS

**SUFFOLK, SS.**

**L.S.**    To the Sheriff of said County of Suffolk, his Deputies, the Officers hereinafter named and the Superintendent of the Massachusetts Correctional Institution, Cedar Junction, in the County of Norfolk;

GREETING:

Whereas, by the consideration of the Superior Court Department of the Trial Court for Criminal Business, holden at Boston within and for the County of Suffolk, on the    seventeenth    day of February in the year of our Lord one thousand nine hundred and ninety three

Marlon A. Straw.

now in the custody of the Sheriff of said County of Suffolk, convicted of the crime of

Trafficking in cocaine

for which crime the said    Straw    was sentenced to be confined in the Massachusetts Correctional Institution, Cedar Junction, for a term of not more than fifteen years one day years and not less than    fifteen(15)    years and to stand committed in pursuance of said sentence.
The Court in imposing sentence orders that the defendant be deemed to have served one hundred sixty five(165)days of sentence.
Fifty($50)dollar assessment ordered for deposit in the Victim/Witness Fund. Criminal assessment of one hundred fifty($150)dollars ordered pursuant to M.G.L. Chap. 280, sec 6B.

We therefore, command you, the said Sheriff, Deputies, and Officers of the Court, to remove the said    Straw    from the Jail in Boston in the said County of Suffolk, to the Massachusetts Correctional Institution, Cedar Junction, in the said County of Norfolk; and we command you, the said Superintendent to receive the said Straw    and immediately thereon to cause the said Straw    to be confined therein for a term of not more than fifteen years one day years, and not less than    fifteen(15) years.

And so doing this shall be your warrant; and you the said Sheriffs and Officers are to make return of this warrant with your doings thereon to the Office of the Clerk/Magistrate of said Superior Court in Boston soon as may be.

WITNESS, ROBERT L. STEADMAN, Administrative Justice of said Court and the seal thereof at Boston aforesaid, this    seventeenth    day of February    in the year of our Lord nineteen hundred and ninety-three.

**A TRUE COPY**
**ATTEST**

M.C.I. CEDAR JUNCTION

Frank R. Barbour

ASSISTANT CLERK.

FEB 17 1993

In obedience to the within warrant, I have conveyed the within-named defendant to the Massachusetts Correctional Institution, Cedar Junction, in the County of Norfolk, and delivered him to the Superintendent thereof with a copy of this warrant.

Deputy Sheriff
of said
County of Suffolk
Officer of the Court
within-named

V15406

NO. 075899

MASSACHUSETTS CORRECTIONAL INSTITUTION
CEDAR JUNCTION

WARRANT

vs.

Marlon A. Straw

NOT MORE THAN   Fifteen(15)   YEARS
and one day

NOT LESS THAN   Fifteen(15)   YEARS

February 17, 1993

Criminal assessment and victim/witness fee imposed.
2-18-93 Trans Conc.
7-20-93 T/MCI-NORFOLK
131-95 Trans to MCI-CJ

COPY